IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EAGLE EYE OUTFITTERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-335-ECM |
| | ) |
| THE CINCINNATI CAS. CO., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Defendant's motion to dismiss (doc. 9) filed on June 22, 2020.  On July 7, 2020, the Plaintiff filed an amended complaint.  (Doc. 18). Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to dismiss (doc. 9) is DENIED as moot.

Done this 10th day of July, 2020.

                                                 /s/Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE