IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EAGLE EYE OUTFITTERS, INC.,        )
                                   )
        Plaintiff,                 )
                                   )
v.                                 ) CIVIL ACT. NO. 1:20-cv-335-ECM
                                   )
THE CINCINNATI CAS. CO.,           )
                                   )
        Defendant.                 )

## O R D E R

Now pending before the Court is the Plaintiff's motion to stay pending a ruling by the Judicial Panel on Multidistrict Ligation (doc. 13) filed on June 30, 2020.  On October 2, 2020, the Panel declined to centralize all actions pending against Cincinnati Casualty Company.  (Doc. 36).  Accordingly, it is

ORDERED that the Plaintiff's motion to stay pending a ruling by the Judicial Panel on Multidistrict Litigation (doc. 13) is DENIED as moot.

Done this 7th day of October, 2020.

_____/s/Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE